IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VERIZON MARYLAND, INC.          *

          Plaintiff            *

          vs.                  *    CIVIL ACTION NO. MJG-06-1663

MONTGOMERY COUNTY, MARYLAND     *

          Defendant            *

*       *       *       *       *       *       *       *       *

ORDER

For reasons stated in an oral decision on the record:

    1.   The Motion for Preliminary Injunction filed by
        Verizon Maryland, Inc. [Paper 3] is DENIED without
        prejudice.

    2.   A First Procedural Order shall be issued herewith.

SO ORDERED, on Tuesday, August 8, 2006.

_____/ s /_____
Marvin J. Garbis
United States District Judge