IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| VERIZON MARYLAND INC., Plaintiff vs. MONTGOMERY COUNTY, MARYLAND, Defendant. | Civil No.: MJG 06 CV 1663 |
|---|---|

## STIPULATION OF DISMISSAL

The parties by their undersigned attorneys stipulate pursuant to Rule 41(a)(1)(ii) that this action, inclusive of the claims in both the Complaint and the Counterclaim, is dismissed.

Dated: December 1, 2006

_____
Nicholas P. Miller (Bar No. 14179)
E-mail: nmiller@millervaneaton.com
Joseph Van Eaton (*admitted pro hac vice*)
E-mail: jvaneaton@millervaneaton.com
Matthew C. Ames (*admitted pro hac vice*)
E-mail: mames@millervaneaton.com
MILLER & VAN EATON, P.L.L.C.
1155 Connecticut Ave., Suite 1000
Washington, DC 20036
(202) 785-0600
(202) 785-1234 (fax)

Respectfully submitted,

_____
James P. Garland (Bar No. 00182)
E-mail: jgarland@milesstockbridge.com
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202
(410) 727-6464
(410) 385-3700 (fax)

*Attorneys for Montgomery County, Maryland,
Defendant and Counterclaim Plaintiff*

VERIZON SERVICES GROUP INC.
JOHN P. FRANTZ
E-mail: john.frantz@verizon.com
One Verizon Way
VC 54N067
Basking Ridge, NJ  07929
Telephone: (908) 559-5731
Facsimile: (908) 204-3258

JOHN THORNE
E-mail: john.thorne@verizon.com
1515 North Courthouse Road
Suite 500
Arlington, VA  22201
Telephone: (703) 351-3900
Facsimile: (703) 351-3670

MUNGER, TOLLES & OLSON LLP
HENRY WEISSMANN
E-mail: Henry.Weissmann@mto.com
AIMEE FEINBERG
E-mail: Aimee.Feinberg@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Verizon Maryland Inc.,
Plaintiff and Counterclaim Defendant*