IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| VERIZON MARYLAND INC., Plaintiff vs. MONTGOMERY COUNTY, MARYLAND, Defendant. | Civil No.: MJG 06 CV 1663 |
|---|---|

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 DEC -4  A 9: 45

## **STIPULATION OF DISMISSAL**

The parties by their undersigned attorneys stipulate pursuant to Rule 41(a)(1)(ii) that this action, inclusive of the claims in both the Complaint and the Counterclaim, is dismissed.

Dated: December 1, 2006

_____
Nicholas P. Miller (Bar No. 14179)
E-mail: nmiller@millervaneaton.com
Joseph Van Eaton (*admitted pro hac vice*)
E-mail: jvaneaton@millervaneaton.com
Matthew C. Ames (*admitted pro hac vice*)
E-mail: mames@millervaneaton.com
MILLER & VAN EATON, P.L.L.C.
1155 Connecticut Ave., Suite 1000
Washington, DC 20036
(202) 785-0600
(202) 785-1234 (fax)

Respectfully submitted,

_____
James P. Garland (Bar No. 00182)
E-mail: jgarland@milesstockbridge.com
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202
(410) 727-6464
(410) 385-3700 (fax)

*Attorneys for Montgomery County, Maryland,
Defendant and Counterclaim Plaintiff*

VERIZON SERVICES GROUP INC.
JOHN P. FRANTZ
E-mail: john.frantz@verizon.com
One Verizon Way
VC 54N067
Basking Ridge, NJ 07929
Telephone: (908) 559-5731
Facsimile: (908) 204-3258

JOHN THORNE
E-mail: john.thorne@verizon.com
1515 North Courthouse Road
Suite 500
Arlington, VA 22201
Telephone: (703) 351-3900
Facsimile: (703) 351-3670

MUNGER, TOLLES & OLSON LLP
HENRY WEISSMANN
E-mail: Henry.Weissmann@mto.com
AIMEE FEINBERG
E-mail: Aimee.Feinberg@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Verizon Maryland Inc.,
Plaintiff and Counterclaim Defendant*

APPROVED, on Friday, December 1, 2006.

```
              /s/
       Marvin J. Garbis
  United States District Judge
```

2